Minute Order Form (06/97)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 407 | **DATE** | 6/12/2000 |
| **CASE TITLE** | Kane vs. Shapiro, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due._____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Final Approval Order approving the Class Settlement Agreement. The court dismisses the claims of plaintiff and the class defendants and the released parties with prejudice and without costs, except as provided in paragraph 8 of the Settlement Agreement. The court retains jurisdiction over the interpretation, enforcement and implementation of the settlement agreement and this order attached hereto. See Final Approval Order for details. Any pending motion in this case is terminated as moot.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | JUN 1 3 2000 date docketed | |
| ✓ | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| MPJ | courtroom deputy's initials | date mailed notice | |
| | Date/time received in central Clerk's Office | mailing deputy initials | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RICHARD A. KANE<br><br>Plaintiff,<br><br>v.<br><br>GERALD M. SHAPIRO and DAVID<br>S. KREISMAN, individually and<br>doing business as SHAPIRO &<br>KREISMAN, a partnership, and<br>JOHN DOES 1-10,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

99 C 407

Judge Bucklo

Magistrate Judge Levin

DOCKETED
JUN 13 2000

### FINAL APPROVAL ORDER

This matter comes before this Court on the joint request of plaintiff, Richard A. Kane, and defendants Gerald M. Shapiro and David S. Kreisman, individually and doing business as Shapiro & Kreisman, a partnership, ("Defendants") for final approval of a class settlement agreement.

Actual notice was sent by first-class mail to 2637 individuals at their current mailing address pursuant to defendants' records, 486 of which were returned as undeliverable as of today's date.

Plaintiff's counsel received a total of no class member opt outs and no objections in this action.

The Court being duly advised in the premises, IT IS HEREBY ORDERED:

1.    The Court finds that the proposed settlement is fair and reasonable and approves it and directs that the parties implement it.



2.     The Court approves the notice to the class as consistent with due process and the requirements of Rule 23.

3.     Defendants are directed to pay the remainder of the $25,000 class fund to the class members in accordance with the terms of the settlement agreement and $1500 to Mr. Kane as class representative.

4.     Each class member not opting out of the settlement shall, as of the Effective Date of the settlement agreement, be deemed to release and discharge forever defendants, their past or present partners, predecessors, investors, assigns, executors, administrators, heirs, servants, associates, insurers, and their present or former directors, officers, employees, managers and agents ("Released Parties"), of and from all claims, causes of action in tort, contract, statute, or otherwise arising from the mailing of letters in the form of Exhibit A to the settlement agreement.  This release is conditioned upon the performance by defendants of their obligation toward the class members set forth in the settlement agreement.

5.     The Court dismisses the claims of plaintiff and the class against Defendants and the Released Parties with prejudice and without costs, except as provided in paragraph 8 of the settlement agreement.

6.     The Court awards plaintiff's counsel $13,000 in fees and costs.

7.     The Court retains jurisdiction over the interpretation, enforcement and implementation of the settlement agreement and this Order.

Enter: 6/12/2000

*Elaine E. Bucklo*

The Honorable Elaine Bucklo
United States District Judge